# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| CORTEZ JIMEL ARBERY, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:15-cv-136 |
| | * | |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:13-cr-9) |
| | * | |
| Respondent. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's September 20, 2016, Report and Recommendation, (dkt. no. 10), to which Cortez Arbery, ("Arbery"), failed to file Objections. After an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation and **ADOPTS** the Report and Recommendation as the opinion of the Court. Consequently, the Court **DISMISSES** Arbery's Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, (dkt. no. 1), and **DENIES** Arbery a Certificate of Appealability and *in forma pauperis* status on appeal.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ___27___ day of ___October___, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA